New York House Wrecking Company, Respondent, *v.* John F. O'Rourke, Appellant.

*New York House Wrecking Co.* v. *O'Rourke,* 92 App. Div. 217, affirmed.
(Argued April 18, 1905; decided May 5, 1905.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Pierre M. Brown* and *James Armstrong* for appellant.

*Dean Emery* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, O'Brien, Bartlett, Haight, Vann and Werner, JJ.

---

The General Contracting Company, Appellant, *v.* Claude C. Jones et al., Respondents.

*General Contracting Co.* v. *Jones,* 89 App. Div. 616, affirmed.
(Argued April 19, 1905; decided May 5, 1905.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 15, 1903, affirming a judgment in favor of defendants entered upon a verdict directed by the court.

*Adolph Rebadow* for appellant.

*Edward E. Coatsworth* and *Frederick Wende* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, O'Brien, Haight, Vann and Werner, JJ. Not voting: Bartlett, J.